IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-10065 |
| Rene Adrian Guerra | § | |
| Jessica Guerra | § | |
| Debtor(s) | § | CHAPTER 7 |

DEBTOR'S CERTIFICATION
REGARDING THE NECESSITY OF FILING PAYMENT ADVICES

My name is Rene A. Guerra and I am the Debtor in this bankruptcy case. I declare that I have not received pay advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 12, 2024.

/s/ Rene A. Guerra
Debtor: Rene A. Guerra