# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD

**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | | |
|---|---|---|---|
| **Employee:** GUERRA, JESSICA | | **Federal Gross:** | 1,200.00 |
| **Employee Number:** 1105071 | | **State Gross:** | 1,200.00 |
| **Check Number:** 9000155579 | | **Social Security Gross:** | 0.00 |
| **Check Date:** 09/15/2023 | | **Medicare Gross:** | 1,200.00 |
| **Allowance:** 0 | **Status:** M | | |
| **Allowance:** 0 | **Status:** M | **Net Amount:** | 1,182.60 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| EMP RETEN PAY | 1,200.00 | 1.0000 | 1,200.00 | 1 | 1,200.00 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| FEDERAL WITHHOL | Calculated | 0.00 | 1,200.00 | 439.77 |
| MEDICARE | Calculated | 17.40 | 1,200.00 | 347.32 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 17.40 | 1,200.00 | 347.32 |
| UNEMPLOYMENT CO | Percent | 1.66 | 1,200.00 | 32.58 |
| WORKERS COMP | Percent | 5.10 | 1,200.00 | 101.74 |

Printed: 11/26/2023 5:10:38 PM

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | |
|---|---|---|
| **Employee:** GUERRA, JESSICA | **Federal Gross:** | 4,971.27 |
| **Employee Number:** 1105071 | **State Gross:** | 5,440.58 |
| **Check Number:** 9000157497 | **Social Security Gross:** | 0.00 |
| **Check Date:** 09/22/2023 | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0   **Status:** M | | |
| **Allowance:** 0   **Status:** M | **Net Amount:** | 4,695.72 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 22,754.32 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 248.00 | 5,688.58 | 1,012.00 |
| FEDERAL WITHHOL | Calculated | 116.22 | 4,971.27 | 439.77 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 347.32 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 1,863.02 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 147.92 |
| UNIVERSAL LIFE | Amount | 39.87 | 5,688.58 | 39.87 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 347.32 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 170.64 |
| UNEMPLOYMENT CO | Percent | 7.85 | 5,688.58 | 32.58 |
| BASE PLN + CHLD | Amount | 451.62 | 5,688.58 | 1,855.24 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 101.74 |

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD

**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | | |
|---|---|---|---|
| **Employee:** GUERRA, JESSICA | | **Federal Gross:** | 4,859.50 |
| **Employee Number:** 1105071 | | **State Gross:** | 5,430.58 |
| **Check Number:** 9000159825 | | **Social Security Gross:** | 0.00 |
| **Check Date:** 10/25/2023 | | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0   **Status:** M | | | |
| **Allowance:** 0   **Status:** M | | **Net Amount:** | 4,599.18 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 22,754.32 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 1,012.00 |
| FSA | Amount | 60.00 | 5,688.58 | 120.00 |
| FEDERAL WITHHOL | Calculated | 102.81 | 4,859.50 | 439.77 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 347.32 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 1,863.02 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 147.92 |
| BASIC LIFE | Amount | 3.63 | 5,688.58 | 7.26 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 83.54 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 68.84 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 347.32 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 170.64 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 32.58 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 1,855.24 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 101.74 |

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | | |
|---|---|---|---|
| **Employee:** GUERRA, JESSICA | | **Federal Gross:** | 4,859.50 |
| **Employee Number:** 1105071 | | **State Gross:** | 5,430.58 |
| **Check Number:** 9000162148 | | **Social Security Gross:** | 0.00 |
| **Check Date:** 11/16/2023 | | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0 **Status:** M | | | |
| **Allowance:** 0 **Status:** M | | **Net Amount:** | 4,599.18 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 22,754.32 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 1,012.00 |
| FSA | Amount | 60.00 | 5,688.58 | 120.00 |
| FEDERAL WITHHOL | Calculated | 102.81 | 4,859.50 | 439.77 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 347.32 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 1,863.02 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 147.92 |
| BASIC LIFE | Amount | 3.63 | 5,688.58 | 7.26 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 83.54 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 68.84 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 347.32 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 170.64 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 32.58 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 1,855.24 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 101.74 |

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | | |
|---|---|---|---|
| **Employee:** GUERRA, JESSICA | | **Federal Gross:** | 4,859.50 |
| **Employee Number:** 1105071 | | **State Gross:** | 5,430.58 |
| **Check Number:** 9000166085 | | **Social Security Gross:** | 0.00 |
| **Check Date:** 12/21/2023 | | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0 | **Status:** M | | |
| **Allowance:** 0 | **Status:** M | **Net Amount:** | 4,599.18 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 28,442.90 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 1,270.00 |
| FSA | Amount | 60.00 | 5,688.58 | 180.00 |
| FEDERAL WITHHOL | Calculated | 102.81 | 4,859.50 | 542.58 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 437.05 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 2,332.33 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 184.90 |
| BASIC LIFE | Amount | 3.63 | 5,688.58 | 10.89 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 125.31 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 103.26 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 437.05 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 213.30 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 40.86 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 2,331.24 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 128.02 |

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

**Employee:** GUERRA, JESSICA
**Employee Number:** 1105071
**Check Number:** 9000168792
**Check Date:** 01/25/2024
**Allowance:** 0   **Status:** M
**Allowance:** 0   **Status:** M

**Federal Gross:** 4,859.50
**State Gross:** 5,430.58
**Social Security Gross:** 0.00
**Medicare Gross:** 5,688.58

**Net Amount:** 4,616.18

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 11,377.16 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 516.00 |
| FSA | Amount | 60.00 | 5,688.58 | 120.00 |
| FEDERAL WITHHOL | Calculated | 85.81 | 4,859.50 | 171.62 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 164.96 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 938.62 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 73.96 |
| BASIC LIFE | Amount | 3.63 | 5,688.58 | 6.98 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 83.54 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 68.84 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 164.96 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 85.32 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 15.22 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 952.00 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 48.32 |

Printed: 3/3/2024 11:04:30 AM

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | | |
|---|---|---|---|
| **Employee:** GUERRA, JESSICA | | **Federal Gross:** | 4,859.50 |
| **Employee Number:** 1105071 | | **State Gross:** | 5,430.58 |
| **Check Number:** 9000171590 | | **Social Security Gross:** | 0.00 |
| **Check Date:** 02/23/2024 | | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0   **Status:** M | | | |
| **Allowance:** 0   **Status:** M | | **Net Amount:** | 4,616.46 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 11,377.16 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 516.00 |
| FSA | Amount | 60.00 | 5,688.58 | 120.00 |
| FEDERAL WITHHOL | Calculated | 85.81 | 4,859.50 | 171.62 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 164.96 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 938.62 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 73.96 |
| BASIC LIFE | Amount | 3.35 | 5,688.58 | 6.98 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 83.54 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 68.84 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 164.96 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 85.32 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 15.22 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 952.00 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 48.32 |

Printed: 3/3/2024 11:03:02 AM

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | |
|---|---|---|
| **Employee:** GUERRA, JESSICA | **Federal Gross:** | 4,859.50 |
| **Employee Number:** 1105071 | **State Gross:** | 5,430.58 |
| **Check Number:** 9000171590 | **Social Security Gross:** | 0.00 |
| **Check Date:** 02/23/2024 | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0   **Status:** M | | |
| **Allowance:** 0   **Status:** M | **Net Amount:** | 4,616.46 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 17,065.74 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 774.00 |
| FSA | Amount | 60.00 | 5,688.58 | 180.00 |
| FEDERAL WITHHOL | Calculated | 85.81 | 4,859.50 | 257.43 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 247.44 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 1,407.93 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 110.94 |
| BASIC LIFE | Amount | 3.35 | 5,688.58 | 10.33 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 125.31 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 103.26 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 247.44 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 127.98 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 22.83 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 1,428.00 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 72.48 |

# EMPLOYEE CHECK INFORMATION

## EMPLOYER INFORMATION

**Employer:** San Benito CISD
**Address:** Accounts Payable 240 N Crockett San Benito, TX 78586

## PAYROLL INFORMATION

| | | | |
|---|---|---|---|
| **Employee:** GUERRA, JESSICA | | **Federal Gross:** | 4,859.50 |
| **Employee Number:** 1105071 | | **State Gross:** | 5,430.58 |
| **Check Number:** 9000173855 | | **Social Security Gross:** | 0.00 |
| **Check Date:** 03/22/2024 | | **Medicare Gross:** | 5,688.58 |
| **Allowance:** 0   **Status:** M | | | |
| **Allowance:** 0   **Status:** M | | **Net Amount:** | 4,617.58 |

## PAYS

| Check Stub Description | Rate | Factor | Pay Gross | Frequency | Calendar Year |
|---|---|---|---|---|---|
| REGULAR | 5,688.58 | 1.0000 | 5,688.58 | 12 | 17,065.74 |

## DEDUCTIONS

| Deduction | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| BASE PLAN + CHI | Amount | 258.00 | 5,688.58 | 774.00 |
| FSA | Amount | 60.00 | 5,688.58 | 180.00 |
| FEDERAL WITHHOL | Calculated | 85.81 | 4,859.50 | 257.43 |
| MEDICARE | Calculated | 82.48 | 5,688.58 | 247.44 |
| TRS MEMBER CONT | Percent | 469.31 | 5,688.58 | 1,407.93 |
| TRS CARE | Percent | 36.98 | 5,688.58 | 110.94 |
| BASIC LIFE | Amount | 3.35 | 5,688.58 | 10.33 |
| BASIC LIFE OWED | Amount | -1.12 | 5,688.58 | -1.12 |
| DELTA DENTAL | Amount | 41.77 | 5,688.58 | 125.31 |
| TEXAS RP UNIV L | Amount | 34.42 | 5,688.58 | 103.26 |

## BENEFITS

| Benefit | Calculation Type | Amount | Base | Calendar Year |
|---|---|---|---|---|
| MEDICARE | Calculated | 82.48 | 5,688.58 | 247.44 |
| TRS CARE | Percent | 42.66 | 5,688.58 | 127.98 |
| UNEMPLOYMENT CO | Percent | 7.61 | 5,688.58 | 22.83 |
| BASE PLN + CHLD | Amount | 476.00 | 5,688.58 | 1,428.00 |
| WORKERS COMP | Percent | 24.16 | 5,688.58 | 72.48 |